**Ancil DUNN, Movant,**

v.

**Jay CONLEY, Jr. as Administrator of the Estate of Goldie Compton Collins, Respondent.**

Supreme Court of Kentucky.

Nov. 18, 1977.

James D. Ishmael, Jr., Brown, Sledd & McCann, Lexington, for movant.

Ronald G. Combs, Cooper, Gullett & Combs, Hazard, for respondent.

## OPINION AND ORDER

JONES, Acting Chief Justice.

We are of the opinion that discretionary review of this case, 552 S.W.2d 671 (Ky. App.1977) was improvidently granted.

The order granting discretionary review is vacated and the case is remanded to the Court of Appeals for the issuance of its mandate.

All concur except STERNBERG, J., who did not sit.